IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAZARA S. NANUAN,

    Plaintiff,                    No. CIV S-07-1805 DAD PS

    v.

SOCIAL SECURITY            <u>ORDER</u>
ADMINISTRATION,

    Defendant.
_____/

    On September 26, 2007, the court granted the pro se plaintiff's in forma pauperis motion and directed the Clerk to serve this court's scheduling order. Plaintiff has notified the court that he has decided not to proceed with the case.

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff's October 16, 2007 request for voluntary dismissal is granted. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal and close the case.

    IT IS SO ORDERED.

DATED: October 19, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/nanuan1805.voldism